IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| THOMAS E. NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:12-cv-00015 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Brown |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion to Dismiss Plaintiff's Complaint ("Motion") (Doc. No. 8), filed with a supporting Memorandum (Doc. No. 9) and a Declaration from Patrick J. Herbst of the Social Security Administration's Office of Disability Adjudication and Review (Doc. No. 10). Defendant moves to dismiss this case for lack of subject-matter jurisdiction because the Complaint is untimely. (Doc. No. 8.) Plaintiff Thomas E. Nelson did not file an opposition to the Motion.

Magistrate Judge Brown issued a Report and Recommendation ("Report"), recommending that Defendant's Motion be granted and this case be dismissed. (Doc. No. 11.) Judge Brown found that Plaintiff's time to file an action for review of his disability claim expired on January 20, 2012, but that Plaintiff did not file his Complaint until January 26, 2012. (*Id.* at 2.) Mr. Herbst's Declaration states that as of February 14, 2012, the date he signed the Declaration, Plaintiff had not requested an extension of time from the SSA to file a civil action. (Doc. No. 10 ¶ 3(b).) The Report was issued on May 3, 2012, and Plaintiff has not filed objections to Magistrate Judge Brown's conclusions to date.

1

The Court finds the Report to be well-founded and therefore **ADOPTS** it in its entirety. The Court therefore **GRANTS** Defendant's Motion and **DISMISSES** this case for lack of subject-matter jurisdiction due to Plaintiff's untimely Complaint. The Court **DIRECTS** the Clerk to close the case.

It is so ORDERED.

Entered this the \_\_\_\_22nd_____ day of May, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT